**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DARYL JONES and JESSIE JOSHUA JONES,<br><br>  Plaintiffs,<br><br>  v.<br><br>MYVETTE GOLDBURN,<br><br>  Defendant. | CV 20-8204 PA (ASx)<br><br>JUDGMENT |

Pursuant to the Court's October 13, 2020 Minute Order granting the Motion to Dismiss filed by defendant Myvette Goldburn (erroneously sued as Myvetter Goldburg) ("Defendant"), which dismissed the federal claims asserted by plaintiffs David Daryl Jones and Jessie Joshua Jones (collectively "Plaintiffs") against Defendant without leave to amend, declined to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims, and remanded those claims to Los Angeles County Superior Court,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' federal claims brought pursuant to 18 U.S.C. § 242 are dismissed with prejudice.

//

//

//

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' remaining state law claims are remanded to Los Angeles County Superior Court, Compton Courthouse, Case No. 19CMCV00351.

DATED: October 13, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE